IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL JOHN KUNKEL, <br><br> Defendant. | No. 04-CR-4040-DEO <br><br> ORDER REGARDING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA |

## I. INTRODUCTION AND BACKGROUND

On April 22, 2004, a one Count Indictment (Docket No. 1, 04/22/2004) was returned against defendant Michael John Kunkel.

Count 1 of that Indictment charges that the defendant, Michael John Kunkel, and a co-defendant, between about June 2003, and continuing through about November 1, 2003, in the Northern District of Iowa and elsewhere, did knowingly and unlawfully combine, conspire, confederate, and agree with each other and other persons, known and unknown to the Grand Jury, to manufacture a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

This was in violation of Title 21, United States Code, Section 846.

On November 29, 2006, defendant Michael John Kunkel appeared before United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 of the Indictment. On the same date, United States Magistrate Judge Zoss filed a Report and Recommendation (Docket No. 59, 11/29/2006) in which he recommends that defendant Michael John Kunkel's guilty plea be accepted. No objections to Judge Zoss's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept defendant Michael John Kunkel's plea in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil

Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Judge Zoss's findings and conclusions that there are no grounds to reject or modify them. Therefore, the Court accepts Judge Zoss's Report and Recommendation (Docket No. 59), and accepts defendant's plea of guilty in this case to Count 1 of the Indictment filed on April 22, 2004 (Docket No. 1).

**IT IS SO ORDERED** this 27th day of February, 2007.

*Donald E. O'Brien*
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa